# Third District Court of Appeal

## State of Florida

Opinion filed April 29, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1529
Lower Tribunal No. 25-26381-SP-23
_____

**Shella Lucien**,
Appellant,

vs.

**Pablo Martinez Ruiz,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Ayana Harris, Judge.

Shella Lucien, in proper person.

Pablo Martinez Ruiz, in proper person.

Before FERNANDEZ, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a[n adequate] record . . . the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory.  Without knowing the factual context, neither can an appellate court reasonably conclude that the trial judge so misconceived the law as to require reversal.").